NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5049

MARJORIE MURTAGH COOKE,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 06-CV-748, Judge Thomas C. Wheeler.

ON MOTION

## O R D E R

Upon consideration of the United States' motion to stay the briefing schedule, pending completion of settlement,

IT IS ORDERED THAT:

The motion is granted to the extent that the United States' brief is due within 60 days of the date of filing of this order.

FOR THE COURT

MAY 22 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: R. Scott Oswald, Esq.
Meredyth Cohen Havasy, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 22 2009

JAN HORBALY
CLERK